IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD RAUGUST,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANDERS AND<br>WAYNE ABBEY,<br><br>Defendants. | CV 20-9-H-CCL<br><br><br><br>ORDER |

Defendants seek leave to file an overlength reply brief on the grounds that the complexity of the issues requires an additional 750 words. Plaintiff does not oppose Defendants' motion. For good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to File Overlength Brief (Doc. 36) is GRANTED and Defendants' Reply Brief in Support of their Motion to Dismiss Plaintiff's First Amended Complaint shall contain no more than 4,000 words, excluding the portions as outlined in L.R. 7.1(d)(2)(E).

DATED this 1st day of October, 2020.

Charles C. Lovell
Senior United States District Judge