IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD RAUGUST, | CV 20–09–H–DWM |
| Plaintiff, | |
| vs. | ORDER |
| WAYNE ABBEY, Individually, | |
| Defendant. | |

Defendant Wayne Abbey having moved unopposed to correct a typographical error in his summary judgment submissions, (*see* Docs. 53, 55),

IT IS ORDERED that the motion (Doc. 63) is GRANTED. Those documents are corrected as reflected in Abbey's motion.

DATED this 24th day of January, 2022.

Donald W. Molloy, District Judge
United States District Court