Robert J. Phillips
Jason M. Collins
Rachel L. Wagner
Michael D. Bybee
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
rjphillips@garlington.com
jmcollins@garlington.com
rlwagner@garlington.com
mdbybee@garlington.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD RAUGUST,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE ABBEY and SANDERS COUNTY,<br><br>Defendants. | CV 20-9-H-DWM<br><br><br>WAYNE ABBEY'S NOTICE OF APPEAL |

NOTICE IS HERE GIVEN that Defendant Wayne Abbey, by and through

his counsel of record, Garlington, Lohn & Robinson, PLLP, appeals to the United

States Court of Appeals for the Ninth Circuit from the Opinion and Order entered

on April 15, 2022 (Doc. 107). This appeal is from the Order (Doc. 107) denying Abbey's motions for summary judgment (Docs. 52, 85) and granting Richard Raugust's motion for partial summary judgment (Doc. 67).

DATED this 12th day of May, 2022.

/s/ Jason M. Collins
Attorneys for Defendants
